The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KEVIN D. STEELE,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>FIRST ALLIED SECURITIES, INC.,<br><br>    Garnishee. | NO. 2:17-MC-00034-RSL<br><br>(2:08-CR-00376-JCC-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, First Allied Securities, Inc., has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee First Allied Securities, Inc., filed its Answer on June 12, 2017, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a retirement SEP-IRA account, with a net worth balance of $84,917.68, as of June 8, 2017, in which Mr. Steele maintains an interest.

//

//

CONTINUING GARNISHEE ORDER (*USA v. Kevin D. Steele & First Allied Securities, Inc.*, Court Nos. **2:08-CR-00376-JCC-1 / 2:17-MC-00034-RSL**) - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the Garnishee on or about April 21, 2017, and to Defendant/Judgment Debtor Steele on or about April 28, 2017, Mr. Steele has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, First Allied Securities, Inc., shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the retirement SEP-IRA account, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Steele's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Steele's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:08-CR-00376-JCC-1 and 2:17-MC-00034-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

**CONTINUING GARNISHEE ORDER** (*USA v. Kevin D. Steele & First Allied Securities, Inc., Court Nos*. **2:08-CR-00376-JCC-1 / 2:17-MC-00034-RSL**) - 2

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**

Dated this 9th day of October, 2018.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kerry J. Keefe
KERRY J. KEEFE, WSBA # 17204
Assistant United States Attorney

**CONTINUING GARNISHEE ORDER** (*USA v. Kevin D. Steele & First Allied Securities, Inc.,* Court Nos. 2:08-CR-00376-JCC-1 / 2:17-MC-00034-RSL)  - 3

**UNITED STATES ATTORNEY'S OFFICE**
**700 STEWART STREET, SUITE 5220**
**SEATTLE, WA 98101**
**PHONE: 206-553-7970**